Bijal V. Vakil (CA State Bar No. 192878)
bijal.vakil@allenovery.com
Shamita D. Etienne-Cummings (CA State Bar No. 202090)
shamita.etienne@allenovery.com
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA 94306-2109
Telephone: (650) 388-1650
Facsimile: (650) 388-1699

Attorneys for Plaintiff
Google LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ECOFACTOR, INC.,<br><br>　　　　Defendant. | Case No.  5:22-cv-00162<br><br>**PLAINTIFF GOOGLE LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC ("Google") discloses the following.

1.    Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: January 10, 2022

Respectfully submitted,

By: /s/ *Bijal V. Vakil*
          Bijal V. Vakil

Bijal V. Vakil (CA State Bar No. 192878)
bijal.vakil@allenovery.com
Shamita D. Etienne-Cummings (CA State Bar No. 202090)
shamita.etienne@allenovery.com
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA 94306-2109
Telephone: (650) 388-1650
Facsimile: (650) 388-1699

Attorneys for Plaintiff
Google LLC