Bijal V. Vakil (SBN 192878)
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699
Email: bijal.vakil@allenovery.com

Shamita D. Etienne-Cummings (SBN 202090)
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone:  (202) 683-3810
Facsimile:  (202) 683-3999
Email: shamita.etienne@allenovery.com

Grace Wang (NY SBN 5421391), *pro hac vice*
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 756-1143
Facsimile:  (212) 610-6399
Email: grace.wang@allenovery.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ECOFACTOR, INC.,<br><br>　　　　　Defendant. | No. 4:21-cv-03220-HSG<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ECOFACTOR, INC.,<br><br>　　　　　Defendant. | No. 4:22-cv-00162-JSW |

Pursuant to Civil Local Rule 3-13, based on information available to it, Plaintiff Google LLC hereby notifies the Court of the other pending cases involving the same parties, and the same or related patents-in-suit. All of these proceedings involve the same patent owner, EcoFactor, Inc. For convenience, the proceedings and their subject patents are itemized in Exhibit A. The status of each matter is set forth below.

**I.     Cases Involving U.S. Patent Nos. 8,740,100; 8,751,186; 9,194,597; 10,584,890**

The following cases involve some or all the patents-in-suit asserted in action No. 4:21-cv-03220-HSG, which are related to the patents-in-suit in other cases, as indicated in Exhibit A:

1. *Google LLC v. EcoFactor, Inc.,* (N.D. Cal.), No. 4:21-cv-03220-HSG;
2. *EcoFactor v. ecobee*, (W.D. Tex.), No. 6:21-cv-00428;
3. *EcoFactor, Inc. v. Amazon.Com, Inc.*, (W.D.Tex.), No. 6:22-cv-00068;
4. *EcoFactor, Inc. v. Resideo Technologies, Inc.*, (W.D. Tex.), 6:22-cv-00069;
5. *EcoFactor, Inc. v. LG Electronics U.S.A., Inc.*, (C.D. Cal.), 8:22-cv-00103;

**II.    Cases Involving U.S. Patent Nos. 8,131,497[1]; 8,423,322[2]; 8,498,753[3] and 10,018,371**

The following cases involve some or all the patents-in-suit asserted in action No. 4:22-cv-00162-JSW, which are related to the patents-in-suit in other cases, as indicated in Exhibit A:

6. *Google v. EcoFactor, Inc.*, (N.D. Cal.), 4:22-cv-00162-JSW;
7. *Ecobee Technologies ULC v. EcoFactor, Inc.*, (D. Mass.), No. 1:22-cv-10049;
8. *EcoFactor, Inc. v. Google LLC*, (W.D. Tex), No. 6:22-cv-00032;
9. *EcoFactor, Inc. v. ecobee Inc.*, (W.D. Tex), No. 6:22-cv-00033;
10. *EcoFactor, Inc. v. Vivint, Inc.*, (W.D. Tex), No. 6:22-cv-00034;
11. *EcoFactor, Inc. v. Pointcentral, LLC,* et al., (D. Oregon), No. 6:22-cv-00055.

---

[1] In ITC Investigation No. 337-TA-1185, U.S. Patent No. 8,131,497 was found invalid.
[2] In ITC Investigation No. 337-TA-1185, U.S. Patent No. 8,423,322 was found invalid.
[3] In ITC Investigation No. 337-TA-1185, EcoFactor initially asserted U.S. Patent No. 8,498,753, but withdrew the patent before the Hearing.

*In re Certain Smart Thermostats, Smart HVAC Systems, and Components Thereof*, ITC Investigation No. 337-TA-1185 also involved these same patents. On July 20, 2021, the ITC issued a final initial determination affirming a finding of no violation. After initially appealing the ITC's determination, EcoFactor voluntarily moved to dismiss its appeal of the ITC's determination at the Court of Appeals for the Federal Circuit, which was granted on December 28, 2021.

III. **Cases Involving U.S. Patent Nos. 8,019,567[4]; 8,423,322; 8,596,550; 8,886,488; 10,612,983[5]**

The following cases involve additional patents[6], which are also related to the patents-in-suit in other cases, as indicated in Exhibit A:

12. *In re Certain Smart Thermostats, Smart HVAC Systems, Smart HVAC Control Systems, and Components Thereof*, Int'l Trade Comm'n, No. 337-TA-1258 (pending initial determination);
13. *Google v. EcoFactor*, (N.D. Cal.), No. 3:21-cv-01468-JD;
14. *Ecobee v. EcoFactor*, (D. Del.), No. 1:21-cv-00323.

These same patents were involved in multiple District Court cases between EcoFactor and other parties, but those actions have since settled.[7]

IV. **Cases Involving U.S. Patent Nos. 8,180,492; 8,412,488[8]; 8,738,327; 10,534,382**

The following cases involve additional EcoFactor patents, which are also related to patents-in-suit in other cases, as indicated in Exhibit A:

15. *EcoFactor v. Google*, W.D. Tex., No. 6:20-cv-00075;
16. *EcoFactor v. Ecobee*, W.D. Tex., No. 6:20-cv-00078;
17. *EcoFactor v. Vivint*, W.D. Tex., No. 6:20-cv-00080.

---

[4] In ITC Investigation No. 337-TA-1258, U.S. Patent No. 8,019,567 was found invalid.
[5] In ITC Investigation No. 337-TA-1258, EcoFactor initially asserted U.S. Patent Nos. 8,423,322 and 10,612,983 but withdrew both patents before the Hearing.
[6] U.S. Patent 8,423,322 is involved in case 4:22-cv-00162-JSW and is not involved in cases 13 or 14.
[7] *Emerson Electric v. EcoFactor*, D. Del., 1:21-cv-00317; *Resideo Tech. v. EcoFactor*, N.D. Cal.,4:21-cv-01496- HSG; *Carrier Global Corp. v. EcoFactor*, No. 1:21-cv-00328; *EcoFactor v. Johnson Controls*, W.D. Tex., No. 6:21- 00244-ADA; *EcoFactor v. Johnson Controls*, W.D.Tex., No. 6:21-cv-00413-ADA.
[8] In case no. 6:20-cv-00075, Judge Alan D Albright found U.S. Patent No. 8,412,488 invalid.

Google does not currently seek coordination of these cases under 28 U.S.C. § 1407.

Dated:  February 15, 2022

Respectfully submitted,

By: /s/ *Bijal V. Vakil*
      Bijal V. Vakil

Bijal V. Vakil (SBN 192878)
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699
Email: bijal.vakil@allenovery.com

Shamita D. Etienne-Cummings (SBN 202090)
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone:  (202) 683-3810
Facsimile:   (202) 683-3999
Email: shamita.etienne@allenovery.com

Grace Wang (NY SBN 5421391), *pro hac vice*
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 756-1143
Facsimile:   (212) 610-6399
Email: grace.wang@allenovery.com

Counsel for Google LLC

**CERTIFICATE OF SERVICE**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and am not a party to the within action. My business address is 550 High Street, Palo Alto, CA 94301.

On February 15, 2022, I caused the foregoing documents described as Notice of Pendency of Other Action or Proceeding electronically via the Allen & Overy LLP email system at the email address set forth below:

> Matthew D. Aichele
> Russ August & Kabat
> 800 Maine Avenue SW, Suite 200
> Washington DC  20004
> maichele@raklaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 15, 2022, at Palo Alto, California.

*/s/ Bijal V. Vakil*
Bijal V. Vakil