# EXHIBIT A – ACTIVE ACTIONS

| Jurisdiction | Judge | Case | Patents Asserted[1] |
|---|---|---|---|
| N.D. Cal. | Judge James Donato | Google v. EcoFactor, 3:21-cv-01468 | 8,019,567<br>8,596,550<br>8,886,488<br>10,612,983 |
| | Judge Haywood S Gilliam | Google v. EcoFactor, Inc., 4:21-cv-3220 | 8,740,100<br>8,751,186<br>9,194,597<br>10,584,890 |
| | Judge Jeffrey S. White | Google v. EcoFactor, Inc., 4:22-cv-00162 | 8,131,497<br>8,423,322<br>8,498,753<br>10,018,371 |
| W.D. Tex. | Judge Alan D Albright | EcoFactor, Inc. v. Google LLC, 6:20-cv-00075 | 8,180,492<br>8,412,488<br>8,738,327<br>10,534,382 |
| | | EcoFactor v. Ecobee, 6:20-cv-00078 | 8,180,492<br>8,412,488<br>8,738,327<br>10,534,382 |
| | | EcoFactor v. Vivint, 6:20-cv-00080 | 8,180,492<br>8,412,488<br>8,738,327<br>10,534,382 |
| | | EcoFactor, Inc. v. ecobee, Inc., 6:21-cv-00428 | 8,740,100<br>8,751,186<br>9,194,597<br>10,584,890 |
| | | EcoFactor, Inc. v. Google LLC, 6:22-cv-00032 | 8,131,497<br>8,423,322<br>8,498,753<br>10,018,371 |
| | | EcoFactor, Inc. v. ecobee Inc. 6:22-cv-00033 | 8,131,497<br>8,423,322<br>8,498,753<br>10,018,371 |
| | | EcoFactor, Inc. v. Vivint, Inc. 6:22-cv-00034 | 8,131,497<br>8,423,322 |
| | | EcoFactor, Inc. v. Amazon.Com, Inc., 6:22-cv-00068 | 10,534,382<br>10,584,890 |
| | | EcoFactor, Inc. v. Resideo Technologies, Inc., 6:22-cv-00069 | 10,534,382<br>10,584,890 |
| D. Del. | Judge Maryellen Noreika | Ecobee v. EcoFactor, 1:21-cv-00323 | 8,019,567<br>8,596,550<br>8,886,488<br>10,612,983 |
| D. Oregon | Magistrate Judge Mustafa T. Kasubhai | EcoFactor, Inc. v. Pointcentral, LLC et. al., 6:22-cv-00055 | 8,412,488<br>8,423,322 |

---

[1] Patents that are related to one another by claiming priority to the same patent application are highlighted with the same coloring. Uncolored patents are not related by priority to any other patent in this chart.

| | | | |
|---|---|---|---|
| | | | 8,738,327 <br> 10,534,382 |
| D. Mass. | Judge Patti B. Saris | Ecobee Technologies ULC v. EcoFactor, Inc., 1:22-cv-10049-PBS | 8,131,497 <br> 8,423,322 <br> 8,498,753 <br> 10,018,371 |
| C.D. Cal. | Magistrate Judge Karen E Scott | EcoFactor, Inc. v. LG Electronics U.S.A., Inc., 8:22-cv-00103 | 8,019,567 <br> 8,740,100 <br> 10,534,382 |
| ITC | Administrative Law Judge Cameron Elliott | Certain Smart Thermostats, Smart HVAC Systems, ITC 337-TA-1258 | 8,019,567 <br> 8,423,322 <br> 8,596,550 <br> 8,886,488 <br> 10,612,983 |