

# Certificate of Good Standing
# and
# Letter of No Disciplinary History

## United States District Court
## District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

### J. D. Schneider

was admitted to practice in this court on
**AUGUST 20, 2014**
and is in good standing with no disciplinary history in this court.

Dated: May 24, 2022                     Jeffrey P. Colwell, Clerk



By: *Mark J. Fredrickson*
Deputy Clerk